Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER DE LEON,** | Case No. 3:11-cv-01549-JAH -WMC |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **BERTRAND MANAGEMENT GROUP, LLC** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 3rd day of January, 2012.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

1 | Filed electronically on this 3rd day of January, 2012, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 3rd day of January, 2012, via the ECF system to:

Honorable John A. Houston
Judge of the United States District Court
Southern District of California

Copy sent via mail on this 3rd day of January, 2012, to:

Jonathan Lau
Stepp Law Corporation
15707 Rockfield Boulevard, Suite 101
Irvine, California 92618

By: s/Todd M. Friedman
    Todd M. Friedman